Form 2

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

Darryl Leslie Fitzhugh
D.L. Fitzhugh corporation

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

See attached

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. CIV-25-326-R
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

**FILED**

MAR 18 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name              Darryl Leslie Fitzhugh
Street Address    14 NE 67st
City and County   OKC, Oklahoma
State and Zip Code  Oklahoma 73105
Telephone Number  405 500 8086
E-mail Address    moneygrubb.nMFR@outlook.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                          Google Trust services LLC

Job or Title *(if known)*

Street Address                1600 amhitheartle parkway

City and County               mountain view, ca

State and Zip Code            California 94043

Telephone Number              650 253 0000

E-mail Address *(if known)*   www.corporate-office-headquarters.com

Defendant No. 2

Name                          meta platforms INC

Job or Title *(if known)*

Street Address                1 hacker way

City and County               menlo park ca

State and Zip Code            California 94025

Telephone Number              650 543 4800

E-mail Address *(if known)*   www.facebook.com

Defendant No. 3

Name                          android industries. LLC

Job or Title *(if known)*

Street Address                2155 executive Hills Drive

City and County               auburn hills michigan

State and Zip Code            michigan 48326

Telephone Number              248 730 0000

E-mail Address *(if known)*   www.android-ind.com

Defendant No. 4

Name                          oklahoma county detention center

Job or Title *(if known)*

Street Address                201 N. shartel

City and County               okc, oklahoma

State and Zip Code            oklahoma 73102

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Darryl Leslie Fitzhugh is a citizen of the State of *(name)* Oklahoma.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* DL Fitzhugh Corporation is incorporated under the laws of the State of *(name)* Oklahoma, and has its principal place of business in the State of *(name)*

Oklahoma.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$ 500,000,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

These defendant attacked my Business, and Basiclly held me hostage in their detention center.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would Like $500,000,000.00 and felony charge's Brought against the managers of the detention center.

Darrl / Rudolph Waugh
14 NE 62 st OKC, OK 73105

# Complaint

I incorporated my name in 2021, shortly afterwards I opened Club "Secrets" at 4007 NW 10st in OKC, the Oklahoma city police department (officers Keith deroy, detective Swanson, officer Moralos, and Sanchez) waged a attack on me and my business, that they called "warrant sweeps", They were coming into my Club, with no warrant's of any kind, handcuffing and laying patrons on the ground and searching them. The police department did these "warrant sweeps" more then 10 times in a matter of a month. Myself and one of my employees (Beliah westen) was the only ones ever arrested in these "warrant sweeps". "alchol violation" were all that we were ever arrested for, and I had 3.2 Beer license on the wall every time. NO Business has ever suffered from "warrant sweeps" ever. This was a deliberate and unlawful assualt on my constitutional right to fare trade, and all my civil Rights. My criminal arrest record will show how many times they did this at my club "secrets" 4007 NW10st in oklahoma city.

I was Released from prison in 2023 from a none retated felony,

①

Jerry Joseph Fitzhugh
14 NE 67st Okc, ok 73105

But the police department began using information They had about my wifes activities while il was in prison to induce retalitory violence against people They had me thinking was the perpetrato ring factor, when it really was the Oklahoma city police department from The start. a lawyer friend of mine told me file a civil complaint in court, then the Okc PD arrested me on a frivolous assault charge because I carved my name into Travis woods car after he pulled a loaded gun on me, and threated to Shoot me Bicaul He was a "undercover police". The police were tracking all my devices (phones, Tv's etc...) and sending death threat offer "google map's" and "facebook".

Ounce I was in the detention center (201 Nshartel) it was out of the skillet... in to the fire! il was put into cell's with people il thought was perptrating This fraud, (like chrispher mathewss and others). I didn't know any of these people until il heard them names, and These were people they were trying to get us fighting, the main culprits of this travesty, was named "marcus", "M. washington", "Mr Lewis", and "Butch", these are the heads over the jail. "marcus we using weaponized medication to get me Found

②

David ---- esque F. Baugh
14 NE 62st okc, ok 73105

incompetent. I call it "weaponized"
because I've been diagnosed with
mental health issues (Bipolar) since 2006,
I've Been on the same medication since
2017, "all" medications have side effects
depending on the person, so By them
blatantly refusing to give me "my"
medication, I was found incompetent.
I have permanant Scars to my
face and hand Because they simply
refused me any type of Medical
treatment. and all sorts of assuaults
on all the inmates in General. What
might Be worst then that, is the
Tactics of My public defender. the
first 2 times I did get to go to court
it was to undo what the public
defender was doing. I tried to
give her evidence to show the court,
and she threw it in the Trash. (Emily Brown)
evidence that would have proved all
that I have Said against the
detention center.
      The whole Criminal System
in oklahoma city is weaponized, But
what I do know is that no "chili's", or
"on the Border", or waffle house" restaurant
has "ever" had all their patrons handcuffed,
laid on the ground and Been victimized
During a "warrant sweep". and
all the defendants listed had a
hand in the attack on my club at

⑦

Darryl Leslie Fitzhugh
14 NE 62 St okc ok 73105

at 4007 NW 10st, and the attack on My Civil Rights, and the assualt against my personal freedom in 2005 — ongoing. The arrest at 4007 NW 10st is proof in its self of the meticulous and delibrate assualt against my Right to fare Trade and my Basic civil Rights. all of th exhibit's is direct proof of how long this attack has Been going on.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _3/18/25_

Signature of Plaintiff    _Darryl Fitzhugh_

Printed Name of Plaintiff    _Darryl Fitzhugh_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____