UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL LESLIE FITZHUGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GOOGLE TRUST SERVICES, LLC., et al., ) <br> ) <br> Defendants. ) | Case No. CIV-25-326-R |

## ORDER

Before the Court is Plaintiff's Motion to Reconsider [Doc. No. 19] which, liberally construed, appears to be seeking reconsideration of the Court's prior order and judgment dismissing this action without prejudice for failing to complete timely service.

"Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice." *Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000)) (citations omitted). Plaintiff's motion does not identify any intervening change in the law, previously unavailable evidence, or clear error that would warrant reconsideration.

Accordingly, Plaintiff's Motion to Reconsider is DENIED.

IT IS SO ORDERED this 22nd day of August, 2025.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE