UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DARRYL LESLIE FITZHUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-25-326-R ) |
| GOOGLE TRUST SERVICES, LLC., et al., | ) ) |
| Defendants. | ) |

# ORDER

Before the Court is Plaintiff's Motion to Reconsider [Doc. No. 21]. This is Plaintiff's second motion seeking reconsideration of the Court's order and judgment [Doc. Nos. 17, 18] dismissing this action without prejudice. Once again, Plaintiff's motion does not identify any grounds that would warrant reconsideration of the prior order. *See Servants of Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) ("Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice.") (citations omitted).

Accordingly, Plaintiff's second Motion to Reconsider is DENIED.

IT IS SO ORDERED this 8th day of September, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE